## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN MARK TAYLOR, PATRICIA LYNN TAYLOR, EMMITT DREWITT TAYLOR, JR., DEBRA ESTES TAYLOR | * * * * | CIVIL ACTION<br>NO.: 07-8994 |
| VERSUS | * * | SECT. J |
| TENSAS BASIN LEVEE BOARD DISTRICT and LEVEE DISTRICTS IN THE STATE OF LOUISIANA, ET AL | * * * | MAG. 1 |

### ORDER

Considering the foregoing;

IT IS HEREBY ORDERED that the Motion to Transfer filed herein be and is hereby withdrawn.

New Orleans, Louisiana this 30th day of November, 2007.

_____
United States District Judge