UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN MARK TAYLOR, ET AL                CIVIL ACTION

VERSUS                                  NO: 07-8994

BOARD OF COMMISSIONERS OF               SECTION: J
THE TENSAS BASIN LEVEE
DISTRICT, ET AL

**ORDER**

**IT IS ORDERED** that Defendants' **Motion to Transfer** (Rec. Doc. 9) is hereby **GRANTED** and that this matter be transferred to the Western District of Louisiana, Alexandria Division.

New Orleans, Louisiana this 5th day of December, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1